**Motion Granted, Appeal Reinstated, and Order filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00371-CR

———————

**JOSEPH RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1235083**

## ORDER

Appellant is represented by appointed counsel, Winston E. Cochrane, Jr. On August 22, 2011, time to file appellant's brief expired without a brief being filed, and no motion for extension of time was filed. *See* Tex. R. App. P. 38.6(a). Counsel and the trial court were notified on August 25, 2011, that no brief had been received. No response from appellant was received. Accordingly, on September 15, 2011, this court abated the appeal and directed the trial court to conduct a hearing to determine why appellant's brief had not been filed.

On October 12, 2011, appellant's counsel filed a motion for extension of time to file appellant's brief. The motion contains a reasonable explanation for the delay. Accordingly, we order the appeal **REINSTATED,** withdraw the order requiring a hearing and supplementation of the record, and grant an extension of time to file appellant's brief until **November 21, 2011. No further extensions will be granted absent exceptional circumstances.**

PER CURIAM